■ PROPERTY CLERK OF NEW YORK CITY POLICE DEPARTMENT, Respondent, v RONALD HYNE, Appellant.—Order, Supreme Court, New York County (Leonard Cohen, J.), entered on May 30, 1990, unanimously affirmed for the reasons stated by Leonard Cohen, J., without costs. No opinion. Concur—Sullivan, J. P., Milonas, Ross, Asch and Kassal, JJ. *[See,* 147 Misc 2d 774.]

6 BERKSHIRE INVESTMENTS, INC., Appellant, v 614 REALTY ASSOCIATES et al., Respondents.—Order, Supreme Court, New York County (Beverly Cohen, J.), entered on February 14, 1990, unanimously affirmed for the reasons stated by Beverly Cohen, J., with costs. No opinion. Concur—Carro, J. P., Ellerin, Kupferman, Smith and Rubin, JJ.